IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hunter, Diane D | Case Number: 04 B 14022 |
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 4/8/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 10, 2008
Confirmed: June 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 114,786.08 | |
| Secured: | | 67,401.01 |
| Unsecured: | | 26,341.79 |
| Priority: | | 11,213.36 |
| Administrative: | | 2,494.00 |
| Trustee Fee: | | 6,010.94 |
| Other Funds: | | 1,324.98 |
| Totals: | 114,786.08 | 114,786.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,494.00 | 2,494.00 |
| 2. | Russet Oaks Townhome Association | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 47,891.99 | 47,891.99 |
| 4. | RoundUp Funding LLC | Secured | 12,804.23 | 12,804.23 |
| 5. | GMAC Mortgage Corporation | Secured | 6,704.79 | 6,704.79 |
| 6. | Internal Revenue Service | Priority | 11,213.36 | 11,213.36 |
| 7. | GMAC Mortgage Corporation | Unsecured | 100.00 | 100.00 |
| 8. | Washington Mutual Bank FA | Unsecured | 100.00 | 100.00 |
| 9. | Nellie Mae | Unsecured | 16,511.85 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 665.04 | 665.04 |
| 11. | RoundUp Funding LLC | Unsecured | 7,994.41 | 7,994.41 |
| 12. | Collegiate Funding Services | Unsecured | 7,628.65 | 7,628.65 |
| 13. | United States Dept Of Education | Unsecured | 5,532.18 | 5,532.18 |
| 14. | RoundUp Funding LLC | Unsecured | 450.38 | 450.38 |
| 15. | Internal Revenue Service | Unsecured | 3,191.13 | 3,191.13 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 680.00 | 680.00 |
| 17. | Purdue University | Unsecured | 3,120.80 | 0.00 |
| 18. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 19. | Household Card Services | Unsecured | | No Claim Filed |
| | | | $ 127,082.81 | $ 107,450.16 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hunter, Diane D

Printed: 11/11/08

Case Number:  04 B 14022
Judge:  Hollis, Pamela S
Filed:  4/8/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 373.96 |
| 6.5% | 1,330.95 |
| 3% | 229.30 |
| 5.5% | 1,054.23 |
| 5% | 160.29 |
| 4.8% | 288.06 |
| 5.4% | 2,574.15 |
|  | $ 6,010.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

